**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JOHN W. REED, #1474187** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No. 3:08-CV-0326-O** |
| | ) | |
| **DALLAS COUNTY DETENTION** | ) | |
| **CENTER** | ) | |
| **Defendant .** | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge entered findings, conclusions and a recommendation in this case on May 21, 2008. No objections were filed. *See* FED. R. CIV. P. 72; 28 U.S.C. §636(b). The Court has therefore reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS ORDERED, ADJUDGED AND DECREED that this case is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

The clerk of court shall transmit a copy of this judgment to the plaintiff.

SIGNED this 31st day of July, 2008.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**